UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIONE S. HOKO,<br><br>        Plaintiff,<br><br>   v.<br><br>TRANSIT AMERICA SERVICES, INC,<br><br>        Defendant. | Case No.  5:15-cv-06211-EJD<br><br>**ORDER REFERRING CASE FOR CONSIDERATION OF RELATED CASE STATUS** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to Hoko v. Transit America Services, Inc., Case No. 5:14-cv-01327-LHK.

**IT IS SO ORDERED.**

Dated:  January 13, 2016

_____
EDWARD J. DAVILA
United States District Judge