UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIONE S. HOKO,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANSIT AMERICA SERVICES, INC,<br><br>    Defendant. | Case No. 5:15-cv-06211-EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

    Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Nathanael Cousins for a settlement conference to occur no later than 90 days from the date this order is filed. The parties are instructed to contact Judge Cousins' Courtroom Deputy to arrange a date and time for the conference.

    The prior order referring this case to mediation (Dkt. No. 23) is VACATED.

**IT IS SO ORDERED.**

Dated: May 11, 2016

                                                EDWARD J. DAVILA<br>
                                                United States District Judge