# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIONE S. HOKO,<br><br>           Plaintiff,<br><br>      v.<br><br>TRANSIT AMERICA SERVICES, INC.,<br><br>           Defendant. | Case No. 5:15-cv-06211 EJD (NC)<br><br>**ORDER VACATING<br>SETTLEMENT CONFERENCE** |

In light of the order granting plaintiff's motion to appoint counsel for limited-scope representation, the settlement conference scheduled for August 2, 2016 is VACATED. The parties shall contact this Court to reschedule the conference once counsel is appointed.

IT IS SO ORDERED.

DATED:   July 27, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge