UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIONE S. HOKO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANSIT AMERICA SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 5:15-cv-06211-EJD<br><br>**ORDER APPOINTING PRO BONO COUNSEL FOR LIMITED SCOPE REPRESENTATION** |

Pro se Plaintiff Sione S. Hoko ("Plaintiff") filed a Motion to Appoint Counsel seeking limited scope representation for an upcoming court-ordered settlement conference. Dkt. No. 32. On July 26, 2016, the court referred the case to the Federal Pro Bono Project (the "Project") to locate counsel for Plaintiff. The Project has informed the court that Leeron Morad and Johanna Calabria, both of Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, California, 94111, have agreed to serve as appointed pro bono counsel for Plaintiff.

Accordingly, Leeron Morad and Johanna Calabria are hereby APPOINTED as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and this court's Federal Pro Bono Project guidelines, for the limited scope of representing Plaintiff at the court-ordered settlement conference with Magistrate Judge Nathanael Cousins. Appointed counsels' representation of Plaintiff shall cease upon completion of the settlement conference proceeding.

As previously ordered, the deadline for completion of the settlement conference is

1  September 30, 2016.  The parties shall contact Judge Cousin's Courtroom Deputy to reschedule
2  the conference.

4  **IT IS SO ORDERED.**

5  Dated:  August 5, 2016



EDWARD J. DAVILA
United States District Judge